UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The Majestic Star Casino, LLC, et al.   ) ) ) ) Plaintiff,   ) ) v.   ) ) Trustmark Insurance Company ) and RMTS, LLC,   ) ) Defendants.   ) | CASE NUMBER: 1: 07-cv-02474 Judge Gettleman Magistrate Judge Valdez |

**PLAINTIFFS' AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' THIRD REQUEST FOR PRODUCTION, THIRD SET OF INTERROGATORIES AND FIRST REQUESTS FOR ADMISSION**

Comes now The Majestic Star Casino, LLC (hereinafter "Majestic"), through counsel, and requests a 45-day enlargement of time in which to respond to Defendants' third set of discovery requests, which includes interrogatories, requests for admission and requests for production, and states as follows:

1.  Plaintiffs' Responses to Defendants' third set of discovery requests are currently due on December 15, 2008.

2.  Plaintiffs' third set of discovery requests focus on issues which are new to this case, and only recently arose in response to a deposition taken of a non-party witness on October 23, 2008.

3.  Responding to Defendants' discovery requests requires Plaintiffs to retrieve bank records and other documents for a period spanning at least three years. To further complicate the process, the records in question are warehoused in 4 different cities around the country.

- 2 -

Plaintiffs are working diligently to procure and review these materials as quickly as possible, but it is a difficult process.

    4.    This motion is not made for the purpose of unduly delaying the progress of this matter. Plaintiffs have requested Defendant's agreement to the requested relief, but have not received a definitive response.

    WHEREFORE, Plaintiffs respectfully request a 45-day enlargement of time in which to respond to Defendants' Third Request for Production, Third Set of Interrogatories, and Third Requests for Admission, and for any further relief deemed proper.

    Respectfully submitted,

    **THE MAJESTIC STAR CASINO, LLC**

    By:    _s/ Michael_C. Steele___

Michael C. Steele (Atty No. 2539629)
**ICE MILLER LLP**
One American Square, Suite 3100
Indianapolis, IN 46282-0200
(317) 236-2100

John D. Burke (Atty No.6203918)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been mailed to the following persons this 11th day of December, 2008:

William A. Chittenden III
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
wchittenden@cmn-law.com

Thomas A. Croft
King & Croft LLP
707 The Candler Building
127 Peachtree Street NE
Atlanta, GA 30303-1800
tac@king-croft.com

                                                        _s/_ Michael C. Steele____