UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Majestic Star Casino, LLC, ) | |
| ) | Case No.1:07-cv-2474 |
| Plaintiff, ) | |
| v. ) | Judge Gettleman |
| ) | |
| Trustmark Insurance Company and RMTS, LLC ) | Magistrate Judge Valdez |
| ) | |
| Defendants, ) | |

**JOINT MOTION FOR TEN-DAY EXTENSION OF THE PARTIES' SUMMARY JUDGMENT RESPONSE DEADLINES**

On behalf of all Parties, Plaintiffs respectfully request an additional ten days in which the Parties may file their respective Summary Judgment Response Briefs, and state as follows:

1. The Parties exchanged their respective Briefs 31 days ago, on May 22, 2009.

2. The Briefs raise several legal and factual matters, and the Parties agree that they reasonably require ten additional days in which to submit their Response Briefs.

3. The current deadline for filing Response Briefs is June 22, 2009, which date has not yet passed.

4. This Motion is not brought for the purpose of unduly delaying the progress of the action.

WHEREFORE, Plaintiffs respectfully request that all Parties be allowed until July 2, 2009 to file their Summary Judgment Response Briefs, and for any further relief deemed proper.

Respectfully submitted,

**THE MAJESTIC STAR CASINO, LLC**

By:   /s/ Michael C. Steele
       Michael Steele (Atty No. 2539629)
       **ICE MILLER LLP**
       One American Square, Suite 2900
       Indianapolis, Indiana 46282-0200
       Phone: (317) 236-2100
       *Michael.Steele@icemiller.com*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing has been provided to the following party via the Court's electronic filing system this 22nd day of June, 2009:

William A. Chittenden III
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
wchittenden@cmn-law.com


Thomas A. Croft
King & Croft LLP
707 The Candler Building
127 Peachtree Street NE
Atlanta, GA 30303-1800
tac@king-croft.com

                                                  /s/ Michael C. Steele

I/2345353.1