# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| The Majestic Star Casino, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 2474 |
| v. ) | Judge Gettleman |
| ) | Magistrate Judge Valdez |
| Trustmark Insurance Company, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |
| v. ) | |
| ) | |
| The Majestic Star Casino, LLC, Barden Mississippi ) | |
| Gaming, LLC, d/b/a Fitzgerald's Tunica; ) | |
| Barden Colorado Gaming, LLC, d/b/a Fitzgerald's ) | |
| Black Hawk; and Barden Nevada Gaming, LLC, ) | |
| d/b/a Fitzgerald's Las Vegas ) | |
| ) | |
| Defendants in Counterclaim ) | |

## NOTICE OF MOTION

TO: *See attached service list.*

PLEASE TAKE NOTICE that on the **30th** day of **June, 2009**, at **9:15 a.m.,** or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Judge Robert W. Gettleman, or any judge sitting in his place or stead, in the courtroom usually occupied by him in Room 1703, in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the parties **Agreed Motion to Withdraw Appearance of Matthew W. Gasaway,** a copy of which is hereby served upon you.

**Dated:   June 24, 2009**

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:   s/ Matthew W. Gasaway
      One of the Attorneys for TRUSTMARK
      INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 24, 2009,** I electronically filed the foregoing Notice of Motion with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following registered CM/ECF participants:

**John David Burke**
Ice Miller LLP
200 West Madison Street
Suite 3500
Chicago, IL 60606
john.burke@icemiller.com

**Douglas A. Henning**
Ice Miller LLP
200 West Madison Street
Suite 3500
Chicago, IL 60606
douglas.henning@icemiller.com

**Joan Grace Ritchey**
Ice Miller LLP
200 West Madison Street
Suite 3500
Chicago, IL 60606
joan.ritchey@icemiller.com

**Michael C. Steele**
Ice Miller LLP
One American Square
Suite 3100
Indianapolis, IN 46282
michael.steele@icemiller.com

By:  s/ Matthew W. Gasaway
One of the Attorneys for Defendant,
TRUSTMARK INSURANCE COMPANY

William A. Chittenden III
Matthew W. Gasaway
Chittenden, Murday & Novotny LLC

303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600

O:\TR2042\40950 - Majestic\Pleadings\NOM 06-24-09.doc